# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL C.,<br><br>                        Plaintiff,<br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                        Defendant. | Case No.: 3:20-cv-00256-MMA-RBM<br><br>**ORDER SETTING MERITS BRIEFING SCHEDULE** |

On February 11, 2020, Plaintiff Russell C. ("Plaintiff") filed a Complaint seeking judicial review of the Commissioner of Social Security's ("Defendant") denial of his application for disability and supplemental security income under the Social Security Act. (Doc. 1.) Defendant filed the administrative record on April 14, 2020. (Doc. 9.) The Court hereby enters the following briefing schedule with respect to the merits of the case:

    1.    **Pretrial Conferences**: Pursuant to Civil Local Rule 16.1(e)(3), Early Neutral Evaluation and Case Management Conferences are not required in this action.

    2.    **Merits Briefing**: Pursuant to Civil Local Rule 7.1(e)(6)(e), the parties are ordered to file briefs addressing the merits of the case as follows:

        a.    Plaintiff's merits brief **shall** be filed and served on or before **May 19, 2020**;

      b.      Defendant's opposition brief **shall** be filed and served on or before **June 23, 2020**;

      c.      Plaintiff's reply brief, if any, **shall** be filed and served on or before **July 7, 2020**;

      d.      The parties are **cautioned** that a movant's failure to file any papers by the deadlines ordered herein may be deemed a waiver of the motion or other request for ruling by the Court, or grounds for sanctions. *See* FED. R. CIV. P. 16(f); CivLR 7.1(f)(2)(b), 83.1; and

      e.      No hearing date is assigned for the merits briefing. Unless the Court directs otherwise, pursuant to Civil Local Rule 7.1(e)(6)(f), this matter shall be resolved without oral argument and no personal appearances are necessary.

    3.    **Motions to Amend**: Any motion requesting modification of this Scheduling Order must be filed no less than **seven (7) calendar days** in advance of the dates at issue and shall comply with Magistrate Judge Ruth Bermudez Montenegro's Civil Case Procedures and Chambers Rules.

    **IT IS SO ORDERED**.

DATE: April 16, 2020

                                    HON. RUTH BERMUDEZ MONTENEGRO
                                    UNITED STATES MAGISTRATE JUDGE